

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-20-00299-CV

---

ROLLED STEEL FRAME MANUFACTURING, INC., Appellant

V.

FC MARKETPLACE, LLC AND BANK OF AMERICA, NATIONAL ASSOCIATION, Appellees

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-316789-20

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's unopposed motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 14, 2021